## Wagner *v.* Wagner, Appellant.

*John P. Lavelle,* for appellant; *Robert G. Dean,* for appellee.

OPINION PER CURIAM: The decree of divorce a.v.m. is vacated and the case remanded for further proceedings to give appellant, Rose Wagner, an opportunity to file an answer to appellee's amended complaint in divorce. See Pennsylvania R. C. P. 1131.

## Woolrich Woolen Mills, Inc. *v.* Brumbaugh et al., Appellants.

Judgment affirmed.